JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER FOROUZESH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION<br><br>Defendant. | CV 16-3830 PA (AGRx)<br><br>JUDGMENT |

Pursuant to the Court's August 19, 2016 Minute Order granting the Motion to Dismiss filed by defendant Starbucks Corporation ("Defendant"), which dismissed all of the claims asserted by plaintiff Alexander Forouzesh ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

1      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take

2 nothing and that Defendant shall have its costs of suit.

3      IT IS SO ORDERED.

5 DATED: August 19, 2016

                                                Percy Anderson
                                   UNITED STATES DISTRICT JUDGE